**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Shonda Washington** | : |
| | : BANKRUPTCY NO. **17-13714 MDC** |
| Debtor (s) | |

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 11/7/2019 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

                                                   Respectfully submitted,

Date: 10/2/19                                     /s/William C. Miller
                                                   William C. Miller, Esquire
                                                   Chapter 13 Standing Trustee
                                                   P.O. Box 1299
                                                   Philadelphia, PA  19105

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Shonda Washington | : |
| Debtor(s) | : BANKRUPTCY NO.  17-13714 mdc |

### CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the Praecipe to Relist on the following parties at the address(es) listed below by first class mail.

Shonda Washington
2090 Bridge St
Philadelphia, PA 19124-2228

VAUGHN A. BOOKER
Vaughn A. Booker Attorney at Law
1420 Walnut Street
Suite 815
Philadelphia, PA 19102

Kevin P. Callahan, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19106

Date: 10/2/19

/s/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee