United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13714-mdc
Shonda Washington                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: dlv              Page 1 of 1              Date Rcvd: Oct 03, 2019
                             Form ID: 152           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
```
db              Shonda Washington,    2090 Bridge St,    Philadelphia, PA   19124-2228
14360036       +Ditech Financial LLC,   c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13925366        Dr. Anthony L. Farrow, DMD,    1510 E Wadsworth Ave,    Philadelphia, PA   19150-1616
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 04 2019 03:07:06      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2019 03:06:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2019 03:07:05      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2019 03:06:46      DITECH FINANCIAL LLC,
                 P.O. Box 6154,   Rapid City, SD  57709-6154
14008434        E-mail/Text: megan.harper@phila.gov Oct 04 2019 03:07:06      City of Philadelphia,
                 Law Department Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA   19102-1595
13925364        E-mail/PDF: pa_dc_ed@navient.com Oct 04 2019 03:05:39      Department of Ed/Navient,
                 PO Box 9635,   Wilkes Barre, PA   18773-9635
13925365        E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2019 03:06:46      Di Tech Financial, LLC,
                 PO Box 6172,   Rapid City, SD   57709-6172
13945356        E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2019 03:06:46
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13925367       +E-mail/Text: Bankruptcy@FCScollects.com Oct 04 2019 03:07:19      First Collection Services,
                 10925 Otter Creek Rd E,   Mabelvale, AR 72103-1661
13982142        E-mail/PDF: pa_dc_claims@navient.com Oct 04 2019 03:06:06
                 Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13983574        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2019 03:05:10
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13925368        E-mail/Text: blegal@phfa.org Oct 04 2019 03:07:01      Pennsylvania Housing Finance Agency,
                 2101 N Front St,   Harrisburg, PA   17110-1086
                                                                                              TOTAL: 12
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VAUGHN A. BOOKER    on behalf of Debtor Shonda  Washington vbs00001@aol.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Shonda Washington
    Debtor(s)

Case No: 17−13714−mdc
Chapter: 13

---

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 11/7/19 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court

19
Form 152