**Vaughn A. Booker, Esquire**  **Attorney for Debtor**
**1420Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
vbs00001@aol.com

---

**In Re:**                               **: Chapter 13 Bankruptcy**
    **Shonda Washington**

                                **: No: 17-13714-MDC**


_____**:**

### CERTIFICATE OF SERVICE

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct copy of the Debtor's Second Amended Plan, dated November 5, 2019, on the following named parties or their Attorney of record, by regular first class U.S. Mail, postage pre-paid, on the following named parties or their Attorney of record on the date listed below:

| | |
|---|---|
| William C. Miller, Esquire | Pamela Eichert Thurmond, Esquire |
| 1234 Market Street, Suite 1813 | City of Philadelphia Law Dep't |
| Philadelphia, Pennsylvania 19107 | Bankruptcy Group, MSB |
| Chapter 13 Trustee | 1401 John F. Kennedy Blvd, 5th Floor |
| | Philadelphia, Pennsylvania 19102-1595 |
| | Attorney for City of Philadelphia |
| | |
| Kevin McDonald, Esquire | Shonda Washington |
| KML Law Group, P.C. | 2090 Bridge Street |
| 710 Market Street, Suite 5000 | Philadelphia, Pennsylvania 19124 |
| Philadelphia, Pennsylvania 19106 | Debtor |
| Attorney for Creditor Ditech Financial, LLC | |

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, Pennsylvania 19106

**By:**

    **/s/ Vaughn A. Booker, Esquire**
    **Vaughn A. Booker, Esquire**
    **Attorney for Debtor**
    **Shonda Washington**

**Dated: November 5, 2019**