# Public Storage

## Company Information

| Name | Address | Phone |
|---|---|---|
| Public Storage | 701 Western Avenue<br>Glendale, CA 91201-2349<br>United States of America | +1 (818) 2448080 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Shonda Washington | 132285 | 10/01/2019 | 10/15/2019 | 10/22/2019 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 85.16 | 995.29 | 0.00 | 217.18 | 10.37 | 770.64 |
| YTD | 1,605.54 | 19,988.88 | 0.00 | 4,374.61 | 207.40 | 15,526.40 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Anniversary Award | | | | | 78.92 |
| Holiday Pay | | | | | 177.76 |
| *Mileage Reimbursement | 10/01/2019 - 10/15/2019 | 0.00 | 0.00 | 2.90 | 119.73 |
| Overtime Pay | | | | | 363.64 |
| Paid Time Off | | | | | 529.00 |
| PTI / Sick | | | | | 438.83 |
| Reg-Hourly | 10/01/2019 - 10/15/2019 | 85.16 | 11.50 | 979.34 | 18,101.83 |
| Uniform | 10/01/2019 - 10/15/2019 | 0.00 | 0.00 | 15.95 | 298.70 |
| Total | | | | 998.19 | 20,108.41 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 61.71 | 1,239.30 |
| Medicare | 14.44 | 289.84 |
| Federal Withholding | 71.35 | 1,444.87 |
| State Tax - PA | 30.56 | 613.65 |
| SUI-Employee Paid - PA | 0.59 | 11.99 |
| City Tax - PHILA | 38.53 | 774.96 |
| Total | 217.18 | 4,374.61 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Long-Term Disability | 10.37 | 207.40 |
| Total | 10.37 | 207.40 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D ER | 0.16 | 3.20 |
| Basic Life ER | 1.18 | 23.60 |
| Workers Comp | 44.19 | 887.50 |
| Total | 45.53 | 914.30 |

2019-11-05 14:44    Case 17-13714-mdc   Doc 25   Filed 11/06/19   Entered 11/06/19 21:25:02   Desc Main
Payslip: Shonda Washington 09/30/2019    Document    Page 2 of 12
(Regular) - Complete
12:33 PM
11/05/2019
Page 1 of 2

# Public Storage

## Company Information

| Name | Address | Phone |
|---|---|---|
| Public Storage | 701 Western Avenue<br>Glendale, CA 91201-2349<br>United States of America | +1 (818) 2448080 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Shonda Washington | 132285 | 09/16/2019 | 09/30/2019 | 10/07/2019 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 86.88 | 1,093.99 | 0.00 | 251.38 | 10.37 | 840.94 |
| YTD | 1,520.36 | 18,993.39 | 0.00 | 4,157.43 | 197.03 | 14,758.76 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Anniversary Award | 09/16/2019 - 09/30/2019 | 0.00 | 0.00 | 78.82 | 78.82 |
| Holiday Pay | | | | | 177.76 |
| *Mileage Reimbursement | 09/16/2019 - 09/30/2019 | 0.00 | 0.00 | 8.70 | 116.83 |
| Overtime Pay | | | | | 363.64 |
| Paid Time Off | | | | | 529.00 |
| PTI / Sick | | | | | 438.83 |
| Reg-Hourly | 09/16/2019 - 09/30/2019 | 86.88 | 11.50 | 999.12 | 17,122.49 |
| Uniform | 09/16/2019 - 09/30/2019 | 0.00 | 0.00 | 16.95 | 282.75 |
| | | | Total | 1,102.89 | 19,110.22 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 67.83 | 1,177.59 |
| Medicare | 15.86 | 275.40 |
| Federal Withholding | 91.09 | 1,373.52 |
| State Tax - PA | 33.59 | 583.09 |
| SUI-Employee Paid - PA | 0.66 | 11.40 |
| City Tax - PHILA | 42.35 | 736.43 |
| Total | 251.38 | 4,157.43 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Long-Term Disability | 10.37 | 197.03 |
| Total | 10.37 | 197.03 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D ER | 0.16 | 3.04 |
| Basic Life ER | 1.18 | 22.42 |
| Workers Comp | 46.57 | 843.31 |
| Total | 46.91 | 868.77 |

2019-11-05 14:46
Case 17-13714-mdc    Doc 25    Filed 11/06/19    Entered 11/06/19 21:25:02    Desc Main
Document    Page 3 of 12
Payslip: Shonda Washington: 09/15/2019
(Regular) - Complete
12:34 PM
11/05/2019
Page 1 of 2

# Public Storage

## Company Information

| Name | Address | Phone |
|---|---|---|
| Public Storage | 701 Western Avenue<br>Glendale, CA 91201-2349<br>United States of America | +1 (818) 2448080 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Shonda Washington | 132285 | 09/01/2019 | 09/15/2019 | 09/20/2019 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 92.40 | 1,122.43 | 0.00 | 251.05 | 10.37 | 870.29 |
| YTD | 1,433.50 | 17,899.40 | 0.00 | 3,906.05 | 186.66 | 13,914.82 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | | | 177.76 |
| *Mileage Reimbursement | 09/01/2019 - 09/15/2019 | 0.00 | 0.00 | 9.28 | 108.13 |
| Overtime Pay | 09/01/2019 - 09/15/2019 | 7.63 | 17.25 | 131.62 | 363.64 |
| Paid Time Off | | | | | 529.00 |
| PTI / Sick | | | | | 438.83 |
| Reg-Hourly | 09/01/2019 - 09/15/2019 | 84.77 | 11.50 | 974.88 | 16,123.37 |
| Uniform | 09/01/2019 - 09/15/2019 | 0.00 | 0.00 | 15.95 | 266.80 |
| Total | | | | 1,131.71 | 18,007.53 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 69.59 | 1,109.76 |
| Medicare | 16.27 | 259.54 |
| Federal Withholding | 86.61 | 1,282.43 |
| State Tax - PA | 34.46 | 549.50 |
| SUI-Employee Paid - PA | 0.67 | 10.74 |
| City Tax - PHILA | 43.45 | 694.08 |
| Total | 251.05 | 3,906.05 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Long-Term Disability | 10.37 | 186.66 |
| Total | 10.37 | 186.66 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D ER | 0.16 | 2.88 |
| Basic Life ER | 1.18 | 21.24 |
| Workers Comp | 49.84 | 794.74 |
| Total | 51.18 | 818.86 |

2019-11-05 14:47  24232 2156736817 → 4842479005
Case 17-13714-mdc    Doc 25    Filed 11/06/19    Entered 11/06/19 21:25:02    Desc Main
Document    Page 4 of 12
Payslip: Shonda Washington 09/31/2019
(Regular) - Complete

11/05/2019
Page 1 of 2

# Public Storage

## Company Information

| Name | Address | Phone |
|---|---|---|
| Public Storage | 701 Western Avenue<br>Glendale, CA 91201-2349<br>United States of America | +1 (818) 2448080 |

## Payslip Information

| Name | Employee ID | Period Begin | Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Shonda Washington | 132285 | 08/16/2019 | 08/31/2019 | 09/06/2019 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 47.22 | 988.73 | 0.00 | 215.43 | 10.37 | 773.95 |
| YTD | 1,341.10 | 16,776.87 | 0.00 | 3,655.00 | 176.29 | 13,044.53 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | | | 177.76 |
| *Mileage Reimbursement | 08/16/2019 - 08/31/2019 | 0.00 | 0.00 | 11.02 | 98.85 |
| Overtime Pay | | | | | 232.02 |
| Paid Time Off | 08/16/2019 - 08/31/2019 | 38.00 | 11.50 | 437.00 | 529.00 |
| PTI / Sick | | | | | 438.83 |
| Reg-Hourly | 08/16/2019 - 08/31/2019 | 47.22 | 11.50 | 543.03 | 15,148.51 |
| Uniform | 08/16/2019 - 08/31/2019 | 0.00 | 0.00 | 8.70 | 250.85 |
| | | | Total | 999.75 | 16,875.82 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 61.30 | 1,040.17 |
| Medicare | 14.34 | 243.27 |
| Federal Withholding | 70.56 | 1,195.82 |
| State Tax - PA | 30.35 | 515.04 |
| SUI-Employee Paid - PA | 0.60 | 10.07 |
| City Tax - PHILA | 38.28 | 650.63 |
| Total | 215.43 | 3,655.00 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Long-Term Disability | 10.37 | 176.29 |
| Total | 10.37 | 176.29 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D ER | 0.16 | 2.72 |
| Basic Life ER | 1.18 | 20.06 |
| Workers Comp | 43.90 | 744.90 |
| Total | 45.24 | 767.68 |

2019-11-05 14:49

Case 17-13714-mdc    Doc 25    Filed 11/06/19    Entered 11/06/19 21:25:02    Desc Main
Payslip: Shonda Washington 08/15/2019
Document     Page 5 of 12
(Regular) - Complete

12:35 PM
11/05/2019
Page 1 of 2

**Public Storage**

### Company Information

| Name | Address | Phone |
|---|---|---|
| Public Storage | 701 Western Avenue<br>Glendale, CA 91201-2349<br>United States of America | +1 (818) 2448080 |

### Payslip Information

| Name | Empl ID | Period Begin | Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Shonda Washington | 132285 | 08/01/2019 | 08/15/2019 | 08/22/2019 | |

### Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 69.48 | 904.07 | 0.00 | 192.86 | 10.37 | 718.24 |
| YTD | 1,293.88 | 15,788.24 | 0.00 | 3,439.57 | 165.92 | 12,270.58 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | | | 177.76 |
| *Mileage Reimbursement | 08/01/2019 - 08/15/2019 | 0.00 | 0.00 | 17.40 | 87.83 |
| Overtime Pay | | | | | 232.02 |
| Paid Time Off | 08/01/2019 - 08/15/2019 | 8.00 | 11.50 | 92.00 | 92.00 |
| PTI / Sick | | | | | 438.83 |
| Reg-Hourly | 08/01/2019 - 08/15/2019 | 69.48 | 11.50 | 799.02 | 14,605.48 |
| Uniform | 08/01/2019 - 08/15/2019 | 0.00 | 0.00 | 13.05 | 242.15 |
| | | | Total | 921.47 | 15,876.07 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 56.05 | 978.87 |
| Medicare | 13.11 | 228.93 |
| Federal Withholding | 60.41 | 1,125.26 |
| State Tax - PA | 27.75 | 484.69 |
| SUI-Employee Paid - PA | 0.54 | 9.47 |
| City Tax - PHILA | 35.00 | 612.35 |
| Total | 192.86 | 3,439.57 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Long-Term Disability | 10.37 | 165.92 |
| Total | 10.37 | 165.92 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D ER | 0.16 | 2.56 |
| Basic Life ER | 1.18 | 18.88 |
| Workers Comp | 40.14 | 701.00 |
| Total | 41.48 | 722.44 |

2019-11-05 14:51
Case 17-13714-mdc    Doc 25    Filed 11/06/19    Entered 11/06/19 21:25:02    Desc Main
Payslip: Shonda Washington 07/31/2019
Document    Page 6 of 12
(Regular) - Complete
12:37 PM
11/05/2019
Page 1 of 2

**Public Storage**

## Company Information

| Name | Address | Phone |
|---|---|---|
| Public Storage | 701 Western Avenue<br>Glendale, CA 91201-2349<br>United States of America | +1 (818) 2448080 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Shonda Washington | 132285 | 07/16/2019 | 07/31/2019 | 08/07/2019 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 92.67 | 1,083.11 | 0.00 | 240.57 | 10.37 | 840.87 |
| YTD | 1,224.40 | 14,884.17 | 0.00 | 3,246.71 | 155.55 | 11,552.34 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | | | 177.76 |
| *Mileage Reimbursement | 07/16/2019 - 07/31/2019 | 0.00 | 0.00 | 8.70 | 70.43 |
| Overtime Pay | | | | | 232.02 |
| PTI / Sick | | | | | 438.83 |
| Reg-Hourly | 07/16/2019 - 07/31/2019 | 92.67 | 11.50 | 1,065.71 | 13,806.46 |
| Uniform | 07/16/2019 - 07/31/2019 | 0.00 | 0.00 | 17.40 | 229.10 |
| | | | Total | 1,091.81 | 14,954.60 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 67.15 | 922.82 |
| Medicare | 15.70 | 215.82 |
| Federal Withholding | 81.89 | 1,064.85 |
| State Tax - PA | 33.25 | 456.94 |
| SUI-Employee Paid - PA | 0.65 | 8.93 |
| City Tax - PHILA | 41.93 | 577.35 |
| Total | 240.57 | 3,246.71 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Long-Term Disability | 10.37 | 155.55 |
| Total | 10.37 | 155.55 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D ER | 0.16 | 2.40 |
| Basic Life ER | 1.18 | 17.70 |
| Workers Comp | 48.09 | 660.86 |
| Total | 49.43 | 680.96 |

## Taxable Wages

**Public Storage**

Payslip Sounde Washington 07/31/2019
(Regular) - Complete

12:37 PM
11/05/2019
Page 2 of 2

| Description | | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,083.11 | 14,884.17 |
| Medicare - Taxable Wages | 1,083.11 | 14,884.17 |
| Federal Withholding - Taxable Wages | 1,083.11 | 14,884.17 |

**Withholding**

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

**Absence Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off | 3.57 | 0.00 | 77.26 |
| Paid Time Sick / Illness | 3.57 | 0.00 | 114.06 |

**Payment Information**

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| American Heritage Federal Credit Union | American Heritage Federal Credit Union ******6475 | ******6475 | 840.87 | USD |
| | | Total | 840.87 | |



Payslip: Shonda Washington: 08/15/2019
(Regular) - Complete

12:35 PM
11/05/2019
Page 2 of 2

## Taxable Wages

| Description | | |
|---|---|---|
| OASDI - Taxable Wages | 904.07 | 15,788.24 |
| Medicare - Taxable Wages | 904.07 | 15,788.24 |
| Federal Withholding - Taxable Wages | 904.07 | 15,788.24 |

## Withholding

| Description | | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | | | Available |
|---|---|---|---|
| Paid Time Off | 2.98 | 8.00 | 72.24 |
| Paid Time Sick / Illness | 2.98 | 0.00 | 117.04 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| American Heritage Federal Credit Union | American Heritage Federal Credit Union ******6475 | ******6475 | 716.24 | USD |
| | | | 716.24 | |

**Public Storage**

Payslip Document Washington: 08/31/2019
(Regular) - Complete

12:35 PM
11/05/2019
Page 2 of 2

## Taxable Wages

| Description | | |
|---|---|---|
| OASDI - Taxable Wages | 988.73 | 16,776.97 |
| Medicare - Taxable Wages | 988.73 | 16,776.97 |
| Federal Withholding - Taxable Wages | 988.73 | 16,776.97 |

## Withholding

| Description | | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | | | Available |
|---|---|---|---|
| Paid Time Off | 3.28 | 38.00 | 37.52 |
| Paid Time Sick / Illness | 3.28 | 0.00 | 120.32 |

## Payment Information

| Bank | Account Name | | | Group Currency |
|---|---|---|---|---|
| American Heritage Federal Credit Union | American Heritage Federal Credit Union ******6475 | ******6475 | | 773.95 USD |
| | | | | 773.95 |

**Public Storage**

Payslip: Shonda Washington: 09/15/2019
(Regular) - Complete

12:34 PM
11/05/2019
Page 2 of 2

## Taxable Wages

| Description | | |
|---|---|---|
| OASDI - Taxable Wages | 1,122.43 | 17,899.40 |
| Medicare - Taxable Wages | 1,122.43 | 17,899.40 |
| Federal Withholding - Taxable Wages | 1,122.43 | 17,899.40 |

## Withholding

| Description | | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | | | Available |
|---|---|---|---|
| Paid Time Off | 3.56 | 0.00 | 41.08 |
| Paid Time Sick / Illness | 3.56 | 0.00 | 123.88 |

## Payment Information

| Bank | Account Name | Account Number | Amount | Pay Group Currency |
|---|---|---|---|---|
| American Heritage Federal Credit Union | American Heritage Federal Credit Union ******6475 | ******6475 | | 870.29 USD |

Total: 870.29

2019-11-05 14:58    24232 2156736817 >> 4842679005    P 6/7
Case 17-13714-mdc    Doc 25    Filed 11/06/19    Entered 11/06/19 21:25:02    Desc Main
Payslip Document Washington - 09/30/2019 Page 11 of 12
(Regular) - Complete
12:33 PM
11/05/2019
Page 2 of 2

**Public Storage**

### Taxable Wages

| Description | | |
|---|---|---|
| OASDI - Taxable Wages | 1,093.99 | 18,993.39 |
| Medicare - Taxable Wages | 1,093.99 | 18,993.39 |
| Federal Withholding - Taxable Wages | 1,093.99 | 18,993.39 |

### Withholding

| Description | | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | | | Available |
|---|---|---|---|
| Paid Time Off | 3.34 | 0.00 | 44.42 |
| Paid Time Sick / Illness | 3.34 | 0.00 | 127.22 |

### Payment Information

| Bank | Account Name | Account | | Currency | Pay Group Currency |
|---|---|---|---|---|---|
| American Heritage Federal Credit Union | American Heritage Federal Credit Union ******6475 | ******6475 | | 840.94 USD | |

Total: 840.94

**Public Storage**

Payslip Document Washington: 10/15/2019
(Regular) - Complete

12:33 PM
11/05/2019
Page 2 of 2

## Taxable Wages

| Description | | |
|---|---|---|
| OASDI - Taxable Wages | 995.29 | |
| Medicare - Taxable Wages | 995.29 | 19,988.68 |
| Federal Withholding - Taxable Wages | 995.29 | 19,988.68 |
| | | 19,988.68 |

## Withholding

| Description | | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | | | Available |
|---|---|---|---|
| Paid Time Off | 3.28 | 0.00 | 47.70 |
| Paid Time Sick / Illness | 3.28 | 0.00 | 130.50 |

## Payment Information

| Bank | Account Name | Account | Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| American Heritage Federal Credit Union | American Heritage Federal Credit Union ******6475 | ******6475 | 770.64 | USD |

Total: 770.64