# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-13714-MDC

SHONDA WASHINGTON

2090 BRIDGE ST

PHILADELPHIA, PA 19124-2228

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  SHONDA WASHINGTON

  2090 BRIDGE ST

  PHILADELPHIA, PA 19124-2228

Counsel for debtor(s), by electronic notice only.

  VAUGHN A. BOOKER ESQ
  1420 WALNUT STREET STE 815

  PHILADELPHIA, PA 19102-

Date: 11/12/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee