**Vaughn A. Booker, Esquire**          **Attorney for Debtor**
**1420Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
**vbs00001@aol.com**

_____
**In Re:**                              **: Chapter 13 Bankruptcy**
         **Shonda Washington**

                                        **: No: 17-13714-MDC**


_____**:**

### CERTIFICATE OF SERVICE

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct copy of the Debtor's Third Amended Plan, dated January 14, 2020, on the following named parties or their Attorney of record, by regular first class U.S. Mail, postage pre-paid, on the following named parties or their Attorney of record on the date listed below:

William C. Miller, Esquire                Pamela Eichert Thurmond, Esquire
1234 Market Street, Suite 1813            City of Philadelphia Law Dep't
Philadelphia, Pennsylvania 19107          Bankruptcy Group, MSB
Chapter 13 Trustee                        1401 John F. Kennedy Blvd, 5th Floor
                                          Philadelphia, Pennsylvania 19102-1595
                                          Attorney for City of Philadelphia


Kevin McDonald, Esquire                   Shonda Washington
KML Law Group, P.C.                       2090 Bridge Street
710 Market Street, Suite 5000             Philadelphia, Pennsylvania 19124
Philadelphia, Pennsylvania 19106          Debtor
Attorney for Creditor Ditech Financial, LLC

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, Pennsylvania 19106

By:

    **/s/ Vaughn A. Booker, Esquire**
    **Vaughn A. Booker, Esquire**
    **Attorney for Debtor**
    **Shonda Washington**

**Dated: January 14, 2020**