UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                CASE NO.: 17-13714-mdc
                                                                                              CHAPTER 13

**Shonda Washington,**
   Debtor.

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                             Authorized Agent for Secured Creditor
                                             130 Clinton Rd #202
                                             Fairfield, NJ 07004
                                             Telephone: 470-321-7112

                                             By: /s/Charles Wohlrab
                                                 Charles Wohlrab, Esq.
                                                 Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SHONDA WASHINGTON

2090 BRIDGE ST
PHILADELPHIA, PA 19124-2228

And via electronic mail to:

VAUGHN A. BOOKER ATTORNEY AT LAW
1420 WALNUT STREET SUITE 815
PHILADELPHIA, PA 19102

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE

P.O. BOX 1229

PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE

OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

                                            By: /s/ VJ Allen
                                            VJ Allen
                                            Email: viallen@rascrane.com