United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13714-mdc |
| Shonda Washington | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 21, 2022 | Form ID: 225 | Total Noticed: 3 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Shonda Washington, 2090 Bridge St, Philadelphia, PA 19124-2228 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 22 2022 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2022 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2022           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | |
| | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| HAROLD N. KAPLAN | |
| | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 21, 2022 | Form ID: 225 | Total Noticed: 3 |

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

MICHAEL JOHN CLARK
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-A c/o Rushmore Loan Management Services mclark@squirelaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

VAUGHN A. BOOKER
on behalf of Debtor Shonda Washington vbs00001@aol.com


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                            Chapter: 13

       Shonda Washington

Debtor(s)                                                      Case No: 17−13714−mdc

---

### *ORDER*

      AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

      AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

      AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

      AND, the Debtor(s) has/have not filed the required statement and/or certifications,

      AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

      IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED, *without the entry of an order of discharge***.

 

For The Court

Magdeline D. Coleman

11/21/22

Chief Judge ,United States
Bankruptcy Court

55
Form 225