United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13714-mdc |
| Shonda Washington | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 07, 2022 | Form ID: 206 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shonda Washington, 2090 Bridge St, Philadelphia, PA 19124-2228 |
| cr | | DITECH FINANCIAL LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| cr | + | U.S. Bank Trust National Association, not in its i, C/o Richard M. Squire & Associates, LLC, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 14360036 | + | Ditech Financial LLC, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13945356 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13925366 | | Dr. Anthony L. Farrow, DMD, 1510 E Wadsworth Ave, Philadelphia, PA 19150-1616 |
| 14664239 | + | U.S. Bank Trust National Association, et.al., Rushmore Loan Management Services, LLC, PO Box 55004, Irvine, CA 92619-5004 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 08 2022 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2022 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Dec 08 2022 00:32:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 08 2022 00:32:00 | New Residential Mortgage LLC, RAS Crane LLC, 10700 Abbotts Bridge Rd, Ste. 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 08 2022 00:32:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 14008434 | | Email/Text: megan.harper@phila.gov | Dec 08 2022 00:32:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13925364 | | Email/PDF: pa_dc_ed@navient.com | Dec 08 2022 00:33:48 | Department of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 13925367 | + | Email/Text: Bankruptcy@FCScollects.com | Dec 08 2022 00:32:00 | First Collection Services, 10925 Otter Creek Rd E, Mabelvale, AR 72103-1661 |
| 13982142 | | Email/PDF: pa_dc_ed@navient.com | Dec 08 2022 00:33:40 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14598347 | + | Email/Text: RASEBN@raslg.com | Dec 08 2022 00:32:00 | NewRez LLC d/b/a Shellpoint Mortgage |

| Recip ID | Notice Method | Recipient |
|---|---|---|
|  |  | Servicing, c/o Robertson, Anschutz, Schneid, Crane, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 13983574 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 08 2022 00:33:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13925368 | Email/Text: blegal@phfa.org Dec 08 2022 00:32:00 | Pennsylvania Housing Finance Agency, 2101 N Front St, Harrisburg, PA 17110-1086 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14450747 |  | New Residential, Mortgage LLC |
| 13925365 | ## | Di Tech Financial, LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 09, 2022                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| MICHAEL JOHN CLARK | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-A c/o Rushmore Loan Management Services mclark@squirelaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: 206 | Total Noticed: 19 |

VAUGHN A. BOOKER
          on behalf of Debtor Shonda Washington vbs00001@aol.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Shonda Washington                                    Case No: 17−13714−mdc

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 12/7/22

For The Court

Timothy B. McGrath
Clerk of Court

57
Form 206